UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**MARKEL LATRAE BASS,**

    **Petitioner,**

**v.**                                                   **CASE NO. 5:19cv141-MCR/CAS**

**MARK S. INCH, Secretary,**
**Florida Department of Corrections,**

    **Respondent.**

                                      /

## **O R D E R**

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge. ECF No. 10. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). After reviewing any timely filed objections, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Report and Recommendation, ECF No. 10, is adopted and incorporated by reference in this Order.

2. The amended § 2254 petition for writ of habeas corpus, ECF No. 6 at 4-25, is **DISMISSED**.

3. A certificate of appealability is **DENIED** and leave to appeal in forma pauperis is also **DENIED**.

**DONE AND ORDERED** this 3rd day of February 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**